U. S. GRANT LANTERMAN, respondent,

*v.*

ALICE M. SMITH, appellant.

[Submitted May 26th, 1933. Decided October 16th, 1933.]

*Mr. Joseph M. Roseberry,* for the respondent.

*Mr. Egbert Rosecrans,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Backes, and reported in *111 N. J. Eq. 231; sub nom. In re Lanterman.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.